IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DONALD RAY COOKE, JR.,

    Petitioner,

v.                             Case No.:  2:25cv154

SARAH ELIZABETH WRIGHT, CWA, et al.,

    Respondents.

## FINAL ORDER

This matter is before the Court on *pro se* Petitioner Donald Ray Cooke, Jr.'s ("Petitioner") Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 ("the Petition"). ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Eastern District of Virginia Local Civil Rule 72, and the April 2, 2002, Standing Order on Assignment of Certain Matters to United States Magistrate Judges.

In a Report and Recommendation entered on September 12, 2025, the Magistrate Judge recommended the Petition be denied and dismissed without prejudice. ECF No. 9. Petitioner was advised of his right to file written objections to the Report and Recommendation. Id. Petitioner did not file an objection with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation, ECF NO. 9, in its entirety as the Court's own opinion. Accordingly, the Petition, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

The Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

The Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, and therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner.

It is so **ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 20, 2025

2